# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAVELLE PATTERSON LOWE,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 83777

FILED

NOV 23 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from the "judgment of conviction and all other appealable rulings rendered in this case."

This court's review of this appeal reveals a jurisdictional defect. Specifically, the notice of appeal was untimely filed from the judgment of conviction entered on September 8, 2006. To the extent that appellant's appeal is in regard to the order denying a motion to modify sentence entered on June 1, 2021, the notice of appeal is also untimely filed from that order. This court lacks jurisdiction to entertain an untimely appeal. *See Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.          _____, J.
Stiglich                                Silver

21-33715

cc:    Chief Judge, Second Judicial District Court
Second Judicial District Court, Department 6
Lavelle Patterson Lowe
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk